No. 10-1102. Josefa Rosario, Petitioner v. Eric H. Holder, Jr., Attorney General.

564 U.S. 1038, 131 S. Ct. 3061, 180 L. Ed. 2d 888, 2011 U.S. LEXIS 4933.

June 27, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

Same case below, 627 F.3d 58.

No. 10-1158. J. D. Nettles, Jr., Petitioner v. City of Leesburg, Florida, et al.

564 U.S. 1038, 131 S. Ct. 3083, 180 L. Ed. 2d 888, 2011 U.S. LEXIS 4861.

June 27, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 415 Fed. Appx. 116.

No. 10-1166. Beverly Grose, fka Beverly Harrington, Petitioner v. Correctional Medical Services, Inc., et al.

564 U.S. 1038, 131 S. Ct. 3062, 180 L. Ed. 2d 888, 2011 U.S. LEXIS 4929.

June 27, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 400 Fed. Appx. 986.

No. 10-1171. Linda A. Thomas, Petitioner v. Louisiana Department of Social Services.

564 U.S. 1038, 131 S. Ct. 3062, 180 L. Ed. 2d 888, 2011 U.S. LEXIS 4905.

June 27, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 406 Fed. Appx. 890.

No. 10-1185. Jack W. Ligon, Petitioner v. Raymond L. LaHood, Secretary of Transportation.

564 U.S. 1038, 131 S. Ct. 3063, 180 L. Ed. 2d 888, 2011 U.S. LEXIS 4885.

June 27, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 614 F.3d 150.

No. 10-1299. Josephine S. Miller, Petitioner v. Praxair, Inc., et al.

564 U.S. 1038, 131 S. Ct. 3067, 180 L. Ed. 2d 888, 2011 U.S. LEXIS 4890.

June 27, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

Same case below, 408 Fed. Appx. 408.

No. 10-1301. Harriston Lee Bass, Jr., Petitioner v. Nevada.

564 U.S. 1038, 131 S. Ct. 3067, 180 L. Ed. 2d 888, 2011 U.S. LEXIS 4860,

June 27, 2011. Petition for writ of certiorari to the Supreme Court of Nevada denied.

Same case below, 126 Nev. 693.